IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY V. ALLARA, | No. C 08-2943 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| TWO CORRECTIONAL OFFICERS AT OLD FOLSOM STATE PRISON, | |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at Old Folsom State Prison, which lies within the venue of the United States District Court for the Eastern District of California. Defendants, who are prison employees, appear to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis. Plaintiff may disregard the clerk's notice of in forma pauperis deficiency filed June 12, 2008, because the Eastern District probably will want to apply its own procedures.

**IT IS SO ORDERED.**

Dated: June 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\ALLARA2943.TRN.wpd