1

2

3

4        **IN THE UNITED STATES DISTRICT COURT**

5          **FOR THE DISTRICT OF CALIFORNIA**

6                  **SACRAMENTO DIVISION**

7                          **\* \* \***

8   ANTHONY ALLARA,                          )
                                             )
9              **Plaintiff(s),**             )        2:08-CV-1474-RLH-VPC
                                             )
10       **vs.**                             )        **O R D E R**
                                             )
11  UNKNOWN, *et al.,*                       )
                                             )
12             **Defendant(s).**             )
    _____ )

13

14        Before this Court is the Report and Recommendation of United States Magistrate

15  Judge (#31, filed June 24, 2009), entered by the Honorable Valerie P. Cooke regarding her

16  screening of Plaintiff's Amended Complaint (#11).  No objection was filed to Magistrate Judge

17  Cooke's Report and Recommendation of United States Magistrate Judge, in accordance with Local

18  Rule 72-304(b) of the Rules of Practice of the United States District Court for the Eastern District of

19  California, and the matter was submitted for consideration.

20        The Court has conducted a *de novo* review of the record in this case in accordance

21  with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule 72-304(b) and determines that the Report and

22  Recommendation of Magistrate Judge Cooke should be accepted and adopted.

23        IT IS THEREFORE ORDERED that Magistrate Judge Cooke's Report and

24  Recommendation (#31, entered June 24, 2009) is ACCEPTED and ADOPTED; Defendants the

25  State of California and Folsom Prison are dismissed from this action with prejudice; and the

26  remainder of the Amended Complaint is dismissed without prejudice with leave to amend.

1

1          IT IS FURTHER ORDERED that Plaintiff is granted <u>30 days</u> from the date of

2  service of <u>this</u> Order, to file an amended complaint that complies with the requirements of the Civil

3  Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended

4  complaint must bear the docket number assigned to this case and must be labeled "Second Amended

5  Complaint"; and failure to file a second amended complaint in accordance with this order and the

6  Report and Recommendation of Judge Cooke (#31) will result in a dismissal of this action.

7        Dated:   July 14, 2009.

8

9                          _____

                       **ROGER L. HUNT**

10                     **Chief U.S. District Judge**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26